UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LINDA SANDERS-PEAY,

                Plaintiff,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------x

**NOT FOR PUBLICATION**

**MEMORANDUM & ORDER**
20-CV-01115 (PKC) (VMS)

PAMELA K. CHEN, United States District Judge:

      On February 26, 2020, Plaintiff Linda Sanders-Peay commenced the instant *pro se* action against Defendants the New York City Department of Education ("DOE") and the Parent Teacher Association District 16K021 (Crispus Attucks Elementary) ("PTA"), alleging employment discrimination claims pursuant to Title VII, the Age Discrimination in Employment Act (the "ADEA"), and the Americans with Disabilities Act (the "ADA"). By Memorandum and Order dated March 6, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis*, allowed the action to proceed against Defendant DOE, and dismissed the action as to Defendant PTA with leave to amend within 30 days if Plaintiff chose to pursue her claims against the PTA under Title VII, the ADEA, or the ADA. By letter dated June 11, 2020, Plaintiff has withdrawn her claims against the PTA. (*See* Dkt. 6.) Accordingly, this action shall proceed as to the DOE.

      The Clerk of Court is respectfully directed to amend the caption as set forth above and prepare a Summons for Defendant DOE. The United States Marshals Service is respectfully directed to serve the Summons and Complaint on Defendant DOE as soon as practicable after the Chief Judge of the Eastern District of New York lifts the suspension of service by the United States Marshals Service. The Clerk of Court shall also mail a courtesy copy of this Order along with the summons and complaint to the Corporation Counsel for the City of New York, Special Federal

Litigation Division. This case is referred to the Honorable Vera M. Scanlon, United States Magistrate Judge, for pretrial supervision. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

        SO ORDERED.

        */s/ Pamela K. Chen*
        Pamela K. Chen
        United States District Judge

Dated: June 22, 2020
      Brooklyn, New York